IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:01-CR-0081-BR (09) |
| v. | ORDER FOR EXTENSION OF PRETRIAL DIVERSION AGREEMENT |
| HANS G.N. VAN DER MEER, | |
| Defendant. | |

This matter came before the court upon the parties' joint motion to extend defendant's pretrial diversion period. Defendant, through counsel, did not oppose the motion.

The joint motion is based on the need for more time for defendant to complete his ordered restitution payment.

IT IS ORDERED that the present diversion term ending March 14, 2012, is stricken. The diversion period for Hans G.N. Van der Meer is extended 6 months, until September 14, 2012.

IT IS FURTHER ORDERED that the period between the present diversion term and the new diversion term is a period of excludable delay under 18 U.S.C. § 3161(h)(8)(A).

DATED this 15th day of March 2012.

_____
HONORABLE ANNA J. BROWN
United States District Judge

Submitted by:

S. AMANDA MARSHALL
United States Attorney

*Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney